No. 724. LUPO *v.* ZERBST, WARDEN. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William*

*Schley Howard* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *Bates Booth* for respondent. ▪

